# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

**JACINTA ANN MENDIOLA,**

      **Plaintiff,**

v.

**KILOLO KIJAKAZI,**
**Acting Commissioner of Social Security[1],**

Case No.1:21-cv-14206
Magistrate Judge Norah McCann King

## FINAL JUDGMENT

This matter having come before the Court on the appeal from the final decision of the Commissioner of Social Security, and the Court having considered and granted the parties' Consent Order Reversing and Remanding for Further Proceedings pursuant to Sentence 4 of 42 U.S.C. § 405(g), ECF No 25,

**IT IS ORDERED** that the Commissioner's decision is **REVERSED** pursuant to Sentence 4 of 42 U.S.C. § 405(g) and **REMANDED** to the Commissioner for further proceedings consistent with the Consent Order Reversing and Remanding for Further Proceedings pursuant to Sentence 4 of 42 U.S.C. § 405(g) filed on August 16, 2022.

August 16, 2022

                                                *s/ Norah McCann King*
                                                Norah McCann King
                                                United States Magistrate Judge

---

[1] Kilolo Kijakazi, the Acting Commissioner of Social Security, is substituted as Defendant in her official capacity. *See* Fed. R. Civ. P. 25(d).